
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15-142-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| ELMER HOUSTON ESTILL, JR., | |
| Defendant. | |

Upon the Court's own Motion,

IT IS HEREBY ORDERED that the **time** for the sentencing currently scheduled for Monday, November 21, 2016 at **3:30 p.m.**, is **VACATED** and reset to commence on **Monday, November 21, 2016 at 1:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 14th day of November, 2016.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1