
FILED

NOV 21 2016

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ELMER HOUSTON ESTILL,<br><br>Defendant. | CR 15-142-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, ELMER HOUSTON ESTILL is hereby released from the custody of the U.S. Marshal Service.

DATED this 21st day of November, 2016.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1